## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANICE S. LOFTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-04-1217-M |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On June 16, 2005, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation [docket no. 21] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of Defendant Commissioner of Social Security Administration's ("Commissioner") final decision denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423. Magistrate Judge Purcell recommends that the Commissioner's decision be affirmed. The parties were advised of their right to file an objection to the Report and Recommendation by July 6, 2005. No objections have been filed.

The Court has carefully reviewed this matter *de novo*. The Court agrees with Magistrate Judge Purcell's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Purcell on June 16, 2005;

(2) AFFIRMS the Commissioner's denial of Plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

**IT IS SO ORDERED this 13th day of July, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE